# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| D. H. PACE COMPANY, INC., d/b/a OVERHEAD DOOR COMPANY OF ATLANTA,<br><br>Plaintiff,<br>v.<br><br>AARON OVERHEAD DOOR ATLANTA LLC, JEREMY RYAN LUCIA, and STEPHENIE LUCIA,<br><br>Defendants. | CIVIL ACTION NO. 1:17-cv-03430-MHC<br><br>DEMAND FOR JURY TRIAL |

## JOINT MOTION TO STAY LITIGATION PENDING MEDIATION, OR IN THE ALTERNATIVE, FOR AN EXTENSION OF TIME

Plaintiff D.H. Pace Company, Inc. and Defendants Aaron Overhead Door Atlanta LLC, Jeremy Ryan Lucia, and Stephenie Lucia (collectively, "Defendants") jointly move the Court to stay this litigation for sixty (60) days pending the outcome of the parties' agreed-to mediation, or in the alternative, to extend all deadlines in this matter by sixty (60) days. In support of this Motion, the parties respectfully state the following.

1. The parties have agreed to participate in mediation and have agreed to mediate on April 16, 2018. They have already selected a mediator.

1

2. A stay pending the mediation's outcome or an extension of all deadlines in this case would conserve both the Court's and the parties' resources. For instance, if the Court stays the case and the case resolves, the Court will not need to resolve Plaintiff's pending motion for judgment on the pleadings (ECF No. 26). Similarly, the parties would avoid having to conduct depositions, engage in expert discovery, and file motions for summary judgment and oppositions to those motions.

3. A stay or an extension also will maintain the status quo and thus facilitate settlement discussions.

4. The parties have not previously requested a stay or an extension.

5. The Motion is not made for purposes of delay.

The parties propose to file a notice of the outcome of the mediation and any subsequent negotiations within 14 days after the mediation concludes. A proposed order is submitted herewith.

## CONCLUSION

For these reasons, the parties respectfully requests that Court stay this litigation pending the outcome of the parties' mediation, or in the alternative, extend all deadlines in this case by sixty (60) days.

Dated: March 20, 2018

Respectfully submitted by,

| | |
|---|---|
| */s/ Jennifer Fairbairn Deal* | */s/ Samantha R. Mandell* |

R. Charles Henn Jr.
Georgia Bar No. 347098
Jennifer Fairbairn Deal
Georgia Bar No. 940527
KILPATRICK TOWNSEND &
STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
(404) 815-6500
(404) 815-6555 (fax)
Email: chenn@kilpatricktownsend.com
jdeal@kilpatricktownsend.com

*Counsel for Plaintiff*

Michael C. Kendall
Georgia Bar No. 414030
Samantha R. Mandell
Georgia Bar No. 141689
KENDALL LAW GROUP, LLC
3152 Golf Ridge Blvd., Suite 201
Douglasville, Georgia 30135
Telephone: (770) 577-3559
Facsimile: (770) 577-8113
mckendall@kendall-lawgroup.com
srmandell@kendall-lawgroup.com

Lisa C. Pavento
Georgia Bar No. 246698
MEUNIER CARLIN & CURFMAN
LLC
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
Phone: 404-645-7700
Fax: 404-645-7707
lpavento@mcciplaw.com

*Counsel for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| D. H. PACE COMPANY, INC., d/b/a OVERHEAD DOOR COMPANY OF ATLANTA,<br><br>Plaintiff,<br><br>v.<br><br>AARON OVERHEAD DOOR ATLANTA LLC, JEREMY RYAN LUCIA, and STEPHENIE LUCIA,<br><br>Defendants. | CIVIL ACTION NO. 1:17-cv-03430-MHC<br><br>DEMAND FOR JURY TRIAL |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served via the Court's CM/ECF system on Defendants' counsel of record.

This day March 20, 2018.

## **LOCAL RULE 7.1 D CERTIFICATION**

Counsel hereby certifies that the foregoing was prepared in Times New Roman, 14-point font, in accordance with LR 5.1 B, NDGa.

*/s/ Jennifer Fairbairn Deal*
Jennifer Fairbairn Deal
