# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| D. H. PACE COMPANY, INC. doing business as Overhead Door Company of Atlanta,<br><br>Plaintiff,<br><br>v.<br><br>AARON OVERHEAD DOOR ATLANTA LLC, JEREMY RYAN LUCIA, and STEPENIE LUCIA,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-CV-3430-MHC |

## **ORDER**

On March 30, 2018, this Court stayed the above-styled matter so that the parties could participate in mediation in the hope that the matter could be resolved without further litigation. The parties have reported that they participated in mediation on April 16, 2018, but that they were not successful in resolving the matter. Accordingly, the stay entered on March 30, 2018, is hereby lifted.

**IT IS SO ORDERED** this 18 day of April, 2018.

MARK H. COHEN
United States District Judge