# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-03430-MHC
## D. H. Pace Company, Inc. v. Aaron Overhead Door Atlanta LLC et al
### Honorable Mark H. Cohen

Minute Sheet for proceedings held In Chambers on 05/09/2018.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:30 A.M.   COURT REPORTER: Andy Ashley
TIME IN COURT: 00:30                DEPUTY CLERK: Lynn Beck
OFFICE LOCATION: Atlanta

**ATTORNEY(S) PRESENT:** Jennifer Deal representing D. H. Pace Company, Inc.
Samantha Mandell representing Aaron Overhead Door Atlanta LLC
Samantha Mandell representing Jeremy Ryan Lucia
Samantha Mandell representing Stephenie Lucia

**PROCEEDING CATEGORY:** In Chambers Conference(Other Proceeding Non-evidentiary);

**MINUTE TEXT:** Teleconference requested by the parties to resolve a discovery dispute. The Court heard from counsel regarding discovery on anti-trust issues for an impending deposition. Parties agreed not to limit discoverable issues at deposition regarding same. See transcript for full details.

**HEARING STATUS:** Hearing Concluded