## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| D. H. PACE COMPANY, INC., d/b/a OVERHEAD DOOR COMPANY OF ATLANTA, <br><br> Plaintiff, <br> v. <br><br> AARON OVERHEAD DOOR ATLANTA LLC, JEREMY RYAN LUCIA, and STEPHENIE LUCIA, <br><br> Defendants. | CIVIL ACTION NO. 1:17-cv-03430-MHC <br><br> DEMAND FOR JURY TRIAL |

## [~~PROPOSED~~ ORDER] GRANTING JOINT MOTION FOR ENTRY OF REVISED CASE SCHEDULE

The parties have jointly moved for entry of a revised case schedule. For the reasons in the Motion, and for good cause shown, it is ORDERED that the Motion is GRANTED. The following case schedule is hereby entered:

| | |
|---|---|
| Fact discovery closes | June 29, 2018 |
| Initial expert reports due (by party bearing burden of proof on an issue) | July 27, 2018 |
| Responsive expert reports (by party not bearing burden of proof) | August 24, 2018 |
| Rebuttal expert reports (optional; to address any new issues raised in | September 21, 2018 |

1

reports served by the party not
bearing burden of proof)

Expert discovery closes                           October 19, 2018

Dispositive motions deadline or                   November 16, 2018
proposed pretrial order filed

Date: _May  17_____, 2018.

_Mark H. Cohen_____
Hon. Mark H. Cohen
United States District Judge
Northern District of Georgia

2